151 F.3d 1026
 Claro Trimino
v.
Essex County Freeholders, Delores Battle, Freeholder, Sara
Bost, Freeholder, Carmine Casiano, Freeholder, James
Cavanaugh, Freeholder, Arthur Clay, Freeholder, Thomas
Gilbin, Freeholder, Monroe Lustbader, Freeholder, Armando B.
Fontoura, Sheriff, Essex County, Freeman, Captain, Essex
County Jail, Marabella, Sgt., Essex County Jail, Sabatorre,
Officer, Essex County Jail, Springo, Officer, Essex County
Jail, Narrone, Officer, Essex County Jail,
 NO. 95-5438
 United States Court of Appeals,
Third Circuit.
 April 23, 1998
 Appeal From: D.N.J. ,No.94cv02613
 
 1
 Affirmed in part, Reversed in part .